SAMUEL N. SAMET and SAMUEL WEBER, Respondents, v. ANNA GLADSTONE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HARRY GIDINSKY, Trading as CLAIRMONT SILK COMPANY, Appellant, v. THOMAS O. SHECKELL and WILLIAM WALKER ORR, Respondents.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to plead over within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

IRVING TRUST COMPANY, as Receiver of the SMITH FIREPROOF CONSTRUCTION COMPANY, INC., Appellant, v. THOMPSON-STARRETT COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ALEXANDER S. ARONSON, Suing for Himself as Stockholder and All Other Stockholders of WORLD WIDE PICTURES, INC., a Delaware Corporation, etc., Respondent, v. WORLD WIDE PICTURES, INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

IRVING TRUST COMPANY, Appellant, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HARRY PALTROWITZ, Appellant, v. JOHN J. KENNEDY and DEL BALSO CONSTRUCTION CORPORATION, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE MARINE MIDLAND TRUST COMPANY OF NEW YORK, Respondent, v. SAMUEL SAFFER, Appellant, Impleaded with Others.— Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL OLANS, Appellant.*— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JULIUS LINSKY, Appellant, v. WHELAN DRUG CO., INC., and WILLMARK SERVICE SYSTEM, INC., Respondents.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL SCHROEDER, Appellant, Impleaded with Another.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

RUTH WORTON, Respondent, v. ROSIE WOHLSTADTER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FUR LAND CO., INC., Respondent, v. WILLIAM DREYFUSS, Defendant, Impleaded with ADOLPH BRIMBERG and DAINTY TINY TOGS, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

* Revd., 264 N. Y. ——.